UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

REBECCA LYNN HARBER,

    Plaintiff,

v.                                                                                          Case No.:  6:25-cv-00689-AGM-LHP

HALIFAX HEALTH MEDICAL
CENTER, JILL WHEELOCK, JANE
ALMY LOEWINGER, and KRISTINA
HOWARD,

    Defendants,
_____/

## ORDER

THIS CAUSE is before the Court on Defendants' Motions to Dismiss (docs. # 27 and 36; the "Motions").  The Magistrate Judge recommended that the Court grant in part Defendants' Motions to Dismiss; dismiss Plaintiff's Amended Complaint (doc. # 16) as a shotgun pleading; permit plaintiff to file a second Amended Complaint; and deny without prejudice the Motions in all other respects.  (Doc. # 57).

The fourteen-day deadline for objections to the recommendation has passed.  No one objected.  Absent objection, the Court conducts a "careful and complete" review of the Report and Recommendation.  *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (*per curiam*) (quotation citation omitted).  "Clear error" review applies to portions of the Report and Recommendation to which no objection is made.  *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (*per curiam*) (quotation citation omitted).  Legal conclusions are reviewed *de novo* in the absence of an objection.  *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).  The

Court may accept, reject, or modify, in whole or in part, the Magistrate Judge's Report and Recommendation.  28 U.S.C. § 636(b)(1); *Williams*, 681 F.2d at 732.

The Magistrate Judge, in a thorough and well-reasoned analysis, found that Plaintiff's amended complaint (doc. # 16) is a shotgun pleading.  Having performed a *de novo* and independent review of the file, and for the sound reasons explained in the Report and Recommendation, this Court agrees.

Therefore, it is **ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation, (doc # 57), is **ADOPTED** and made a part of this Order for all purposes.
2. Defendants' Motions to Dismiss (doc. # 27 and 36) are **GRANTED in part**.
3. Plaintiff's amended complaint is **DISMISSED** as a shotgun pleading (doc. # 16).
4. Defendants' Motions to Dismiss (doc. # 27 and 36) are **DENIED without prejudice** in all other respects.
5. Plaintiff is granted until December 29, 2025, to file a second amended complaint in compliance with this Order.

**DONE** and **ORDERED** in Orlando, Florida on December 17, 2025.

ANNE-LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE

3

Copies furnished to:

Plaintiff, pro se

Case 6:25-cv-00689-AGM-LHP Document 72 Filed 12/17/25 Page 3 of 3 PageID 544